THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ANTHONY SILINONTE, Appellant.

Argued October 6, 1937; decided November 16, 1937.

*Joseph E. North* for appellant.

*George A. King, District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.